IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**FILED**
FEB 19 2026
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | INDICTMENT |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 1:26 CR 00070 |
| ANTHONY MICHAEL WOJCIECHOWSKI, | ) | Title 18, United States Code, Sections 1470, 2252(a)(2), and 2252A(a)(5)(B) |
| Defendant. | ) | |

**JUDGE BARKER**

COUNT 1
(Receipt of Visual Depictions of Minors Engaged in Sexually Explicit Conduct,
18 U.S.C. § 2252(a)(2))

The Grand Jury charges:

1. From on or about December 12, 2025 to on or about January 20, 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ANTHONY MICHAEL WOJCIECHOWSKI did knowingly receive, using any means and facility of interstate and foreign commerce, numerous computer files, which files contained visual depictions of real minors engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT 2
(Distribution of Visual Depictions of Minors Engaged in Sexually Explicit Conduct,
18 U.S.C. § 2252(a)(2))

The Grand Jury further charges:

2. On or about January 12, 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ANTHONY MICHAEL WOJCIECHOWSKI did knowingly distribute, using any means and facility of interstate and foreign commerce, a computer file to

MV2, a juvenile known to the Grand Jury, which file contained a visual depiction of a real minor engaged in sexually explicit conduct, and which file had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 3
(Distribution of Visual Depictions of Minors Engaged in Sexually Explicit Conduct, 18 U.S.C. § 2252(a)(2))

The Grand Jury further charges:

3. From on or about January 9, 2026 to on or about January 20, 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ANTHONY MICHAEL WOJCIECHOWSKI did knowingly distribute, using any means and facility of interstate and foreign commerce, numerous computer files to MV3, a juvenile known to the Grand Jury, which files contained visual depictions of real minors engaged in sexually explicit conduct, and which files had been shipped and transported in and affecting interstate and foreign commerce, as defined in Title 18, United States Code, Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

## COUNT 4
(Transferring Obscene Material to Minor, 18 U.S.C. § 1470)

The Grand Jury further charges:

4. On or about September 27, 2025, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ANTHONY MICHAEL WOJCIECHOWSKI did use a facility and means of interstate and foreign commerce, that is, a device connected to the Internet, to knowingly transfer obscene matter, that is, digital files containing a visual depiction of an erect male penis, to an individual who Defendant believed had not attained the age of 16 years,

that is, MV1, a twelve (12) year old girl known to the Grand Jury, in violation of Title 18, United States Code, Section 1470.

## COUNT 5
(Transferring Obscene Material to Minor, 18 U.S.C. § 1470)

The Grand Jury further charges:

5. From on or about January 10, 2026 to on or about January 20, 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ANTHONY MICHAEL WOJCIECHOWSKI did use a facility and means of interstate and foreign commerce, that is, a device connected to the Internet, to knowingly transfer obscene matter, that is, digital files containing visual depictions such as that of several adult men engaging in sexual activity with each other, to an individual who Defendant believed had not attained the age of 16 years, that is, MV2, a fourteen (14) year old girl known to the Grand Jury, in violation of Title 18, United States Code, Section 1470.

## COUNT 6
(Transferring Obscene Material to Minor, 18 U.S.C. § 1470)

The Grand Jury further charges:

6. From on or about January 4, 2026 to on or about January 20, 2026, in the Northern District of Ohio, Eastern Division, and elsewhere, Defendant ANTHONY MICHAEL WOJCIECHOWSKI did use a facility and means of interstate and foreign commerce, that is, a device connected to the Internet, to knowingly transfer obscene matter, that is, digital files containing visual depictions such as that of WOJCIECHOWSKI masturbating, to an individual who Defendant believed had not attained the age of 16 years, that is, MV3, a fifteen (15) year old girl known to the Grand Jury, in violation of Title 18, United States Code, Section 1470.

3

## COUNT 7
(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

7. On or about January 21, 2026, in the Northern District of Ohio, Eastern Division, Defendant ANTHONY MICHAEL WOJCIECHOWSKI did knowingly possess an Apple iPhone 12, with International Mobile Equipment Identity ("IMEI"): 351440828871270, that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), which child pornography had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.